UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOYNEKA N. JONES, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-310-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing, with additional vocational expert testimony, as needed.

**This Judgment Filed and Entered on January 25, 2017, and Copies To:**
Jonathan P. Miller                                                 (via CM/ECF electronic notification)
Leo R. Montenegro                                             (via CM/ECF electronic notification)

DATE:                                                JULIE RICHARDS JOHNSTON, CLERK
January 25, 2017                            (By) /s/ Nicole Briggeman
                                                        Deputy Clerk